October 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SECURITY NATIONAL INSURANCE COMPANY, Appellant

NO. 14-11-00130-CV                 V.

WALOON INVESTMENT, INC., D/B/A RAMADA LIMITED, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Waloon Investment, Inc., d/b/a Ramada Limited, signed, January 11, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion. We further order that all costs incurred by reason of this appeal be paid by appellee, Waloon Investment, Inc., d/b/a Ramada Limited. We further order this decision certified below for observance.